844 A.2d 549

**COMMONWEALTH of Pennsylvania, Appellee**

**v.**

**James Melvin SMITH, Appellant.**

Supreme Court of Pennsylvania.

March 12, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of March, 2004, the common pleas court's order is VACATED, and the matter is REMANDED for an evidentiary hearing with respect to all disputed, material facts, and appropriate fact-finding. Jurisdiction is relinquished.